**IN THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

UNITED STATES  
VERSUS  
Curtis Neville

CASE NUMBER: 15-154  
DIVISION: "E"  
FILED Sep 14, 2015

### MOTION TO REMOVE COUNSEL OF RECORD

NOW, before this Honorable Court comes defendant, Curtis Neville, requesting a Motion to Remove Counsel of Record Joseph P. Raspanti, for the following reason set forth herein, in accordance with 28 U. S. C. A. Section 3006 (A) Adequate, Representation.

### SIXTH AMENDMENT GUARANTEE

### *The Right to Effective Assistance of Counsel Throughout*

### *Defendant's compulsory Process.*

### PURPOSE AND SCOPE

The rules are intended to promote simplicity in procedure, fairness, and efficiency in criminal cases.

### CORE CONCEPT

Defendant avers that Under Rule 44, this rule is a restatement of existing law in regard to the defendant's constitutional right of counsel as defined in recent judicial decisions. The Sixth Amendment provides: **"In all criminal prosecutions, the accused shall enjoy the right*** to have the Assistance of Counsel for his defense"**. The defendant avers that, his presented counsel Joseph P. Raspanti is not working in benefit of the defendant, counsel is working more in favor of the government against this defendant and this defendant feels strongly that he shall/will not

1

receive a fair and impartial trial with <u>Joseph P. Raspanti</u>, representing this defendant and ask this Honorable to remove counsel of record and appoint another impartial counsel. This defendant further avers that, there is exculpatory information and counsel has allowed this information fall on deaf ears.

The present extent of the right of counsel has been defined recently in, **Johnson v. Zebras**, **58S. Ct. 1919, 304 U.S. 458, 82L. Ed. 1461; Walker v. Johnson S. Ct. 5774,312 U.S. 275, 85 L. Ed. 830; Glasser v. United States, 62 S. Ct. 457,315 U.S. 60,86 L. Ed. 680; Also, See; Hulshof, 20 N. Y. U. L. Q. R. I. Crooks v. California 357 U.S. 433 (1958) Gideon v. Wainwright, 372 U.S. 335 (1963).** The Federal Laws provide for counsels, trial, juries, and evidence to be presented before a tier of a fact, otherwise a defendant would be prejudiced or where it would be in the interest of justice, the right of a defendant shall be insured.

**WHEREFORE**, this defendant pray that *__Motion Be Granted.__*

<u>Curtis Neville</u>

DEFENDANT

2

## *AFFADAVIT*

I hereby attest that I am the defendant herein, and the following is true and correct, to the best of defendant's knowledge information and belief.

This __14__ day of __Sep__ 2015.

## *CERTIFICATE OF SERVICE*

I hereby certify that, the original brief has been forwarded to the United States District Court Eastern District of Louisiana via U.S. Mail postage pre-paid on this __14__ day of __Sep__ 2015.



Curtis Neville
5061 HWY 3127
Killona LA 70057

NELSON COLEMAN
CORRECTIONAL CENTER

NEW ORLEANS LA 700
16 SEP 2015 PM 3 L

Hale Boggs Federal Building
Sect. A
500 Poydras St.
NoLA, 70130