UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-154 |
| v. | * | SECTION: "A" |
| JASMINE PERRY | * | |

* * *

**VERDICT FORM & JURY INTERROGATORIES**

FILED FEB 22 2017
WILLIAM W. BLEVINS
CLERK

**COUNT ONE**
**Conspiracy to Violate the Racketeer Influence and Corrupt Organizations Act**

As to the charges set forth in COUNT 1 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

__✓__ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

If you find the defendant guilty of COUNT 1, as charged in the Indictment, you must then answer the following questions (titled "Jury Interrogatories for COUNT 1"). If you find the defendant not guilty of COUNT 1, there is no need to continue to the Jury Interrogatory for COUNT 1 for the defendant.

**Jury Interrogatories for COUNT 1 for JASMINE PERRY**

If you found that **JASMINE PERRY was guilty** of COUNT 1, please make the additional findings below:

(1) Do you unanimously find beyond a reasonable doubt that the Defendant, **JASMINE PERRY**, committed, or was a principal to, February 22, 2010, murder of Kendall Faibvre in violation of Louisiana law as instructed earlier by the court?

yes __✓__   [signature]   2/22/17

Page 1 of 9

(2) Do you unanimously find beyond a reasonable doubt that the Defendant, **JASMINE PERRY**, committed, or was a principal to, the June 24, 2010, murder of Anthony Charles Brown, Jr. in violation of Louisiana law as instructed earlier by the court?
YES _____   NO __✓__

(3) Do you unanimously find beyond a reasonable doubt that the Defendant, **JASMINE PERRY**, committed, or was a principal to, the February 19, 2011, murder of Terrance Dennis in violation of Louisiana law as instructed earlier by the court?
YES _____   NO __✓__

(4) Do you unanimously find beyond a reasonable doubt that the Defendant, **JASMINE PERRY**, committed, or was a principal to, the February 20, 2011, murder of Littlejohn Haynes in violation of Louisiana law as instructed earlier by the court?
YES _____   NO __✓__

(5) Do you unanimously find beyond a reasonable doubt that the Defendant, **JASMINE PERRY**, committed, or was a principal to, the May 24, 2011, murder of Gregory Keys in violation of Louisiana law as instructed earlier by the court?
YES __✓__   NO _____

## COUNT THREE
### Conspiracy to Use and Carry and to Possess Firearms

As to the charges set forth in COUNT 3 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

__✓__ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT FOUR
## Murder in aid of Racketeering – Kendall Faibvre

As to the charges set forth in COUNT 4 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

    ✓   Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

## COUNT FIVE
## Causing Death Through the Use of a Firearm – Kendall Faibvre

As to the charges set forth in COUNT 5 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

    ✓   Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

## COUNT SIX
## Assault with a Dangerous Weapon in Aid of Racketeering – Jasmine Jones

As to the charges set forth in COUNT 6 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

    ✓   Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

## COUNT SEVEN
## Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a

**Drug Trafficking Crime – Jasmine Jones**

As to the charges set forth in COUNT 7 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

✓ Guilty, beyond a reasonable doubt, or

\_\_\_\_\_ Not Guilty.

## COUNT TWENTY
**Murder in aid of Racketeering – Anthony Charles Brown, Jr.**

As to the charges set forth in COUNT 20 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

\_\_\_\_\_ Guilty, beyond a reasonable doubt, or

✓ Not Guilty.

## COUNT TWENTY-ONE
**Causing Death Through the Use of a Firearm – Anthony Charles Brown, Jr.**

As to the charges set forth in COUNT 21 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

\_\_\_\_\_ Guilty, beyond a reasonable doubt, or

✓ Not Guilty.

## COUNT TWENTY-SEVEN

### Murder in aid of Racketeering – Terrance Dennis

As to the charges set forth in COUNT 27 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

_____ Guilty, beyond a reasonable doubt, or

✓ Not Guilty.

### COUNT TWENTY-EIGHT
### Causing Death Through the Use of a Firearm – Terrance Dennis

As to the charges set forth in COUNT 28 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

_____ Guilty, beyond a reasonable doubt, or

✓ Not Guilty.

### COUNT TWENTY-NINE
### Murder in aid of Racketeering – Littlejohn Haynes

As to the charges set forth in COUNT 29 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

_____ Guilty, beyond a reasonable doubt, or

✓ Not Guilty.

### COUNT THIRTY
### Causing Death Through the Use of a Firearm – Littlejohn Haynes

As to the charges set forth in COUNT 30 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

_____ Guilty, beyond a reasonable doubt, or

__✓__ Not Guilty.

### COUNT THIRTY-THREE
### Assault with a Dangerous Weapon in Aid of Racketeering – Albert Hardy

As to the charges set forth in COUNT 33 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

__✓__ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

### COUNT THIRTY-FOUR
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Albert Hardy

As to the charges set forth in COUNT 34 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

__✓__ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

### COUNT THIRTY-FIVE
### Assault with a Dangerous Weapon in Aid of Racketeering – Kelvin Baham

As to the charges set forth in COUNT 35 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

__✓__ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT THIRTY-SIX
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Kelvin Baham

As to the charges set forth in COUNT 36 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

　　✓　Guilty, beyond a reasonable doubt, or

　　＿＿　Not Guilty.

## COUNT THIRTY-SEVEN
### Assault with a Dangerous Weapon in Aid of Racketeering – Carrie Henry

As to the charges set forth in COUNT 37 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

　　✓　Guilty, beyond a reasonable doubt, or

　　＿＿　Not Guilty.

## COUNT THIRTY-EIGHT
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Carrie Henry

As to the charges set forth in COUNT 38 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

　　✓　Guilty, beyond a reasonable doubt, or

　　＿＿　Not Guilty.

## COUNT THIRTY-NINE
## Murder in aid of Racketeering – Gregory Keys

As to the charges set forth in COUNT 39 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

✓ Guilty, beyond a reasonable doubt, or

____ Not Guilty.

## COUNT FORTY
## Causing Death Through the Use of a Firearm – Gregory Keys

As to the charges set forth in COUNT 40 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

✓ Guilty, beyond a reasonable doubt, or

____ Not Guilty.

## COUNT FORTY-ONE
## Assault with a Dangerous Weapon in Aid of Racketeering – Kendrick Smothers

As to the charges set forth in COUNT 41 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

✓ Guilty, beyond a reasonable doubt, or

____ Not Guilty.

## COUNT FORTY-TWO
## Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Kendrick Smothers

As to the charges set forth in COUNT 42 of the Indictment in this matter, we the Jury unanimously find the defendant, **JASMINE PERRY** is:

✓ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

2/21/17
DATE