UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 15-154 |
| v. | * | SECTION: "A" |
| CURTIS NEVILLE | * | |

\* \* \*

**VERDICT FORM & JURY INTERROGATORIES**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 22 2017
WILLIAM W. BLEVINS
CLERK

**COUNT ONE**
**Conspiracy to Violate the Racketeer Influence and Corrupt Organizations Act**

As to the charges set forth in COUNT 1 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

   ✓     Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

If you find the defendant guilty of COUNT 1, as charged in the Indictment, you must then answer the following questions (titled "Jury Interrogatories for COUNT 1"). If you find the defendant not guilty of COUNT 1, there is no need to continue to the Jury Interrogatory for COUNT 1 for the defendant.

**Jury Interrogatories for COUNT 1 for CURTIS NEVILLE**

If you found that **CURTIS NEVILLE was guilty** of COUNT 1, please make the additional findings below:

(1) Do you unanimously find beyond a reasonable doubt that the Defendant, **CURTIS NEVILLE**, committed the September 17, 2010, murder of Hansel Picard in violation of Louisiana law as instructed earlier by the court?
YES _____     NO ✓

(2) Do you unanimously find beyond a reasonable doubt that the Defendant, **CURTIS NEVILLE**, committed, or was a principal to, the February 20, 2011, murder of Littlejohn Haynes in violation of Louisiana law as instructed earlier by the court?

YES ✓      NO _____

## COUNT TWO
### Conspiracy to Distribute Controlled Substances

As to the charges set forth in COUNT 2 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

    ✓ Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

If you find the defendant guilty of COUNT 2, as charged in the Indictment, you must then answer the following questions (titled "Jury Interrogatories for COUNT 2"). If you find the defendant not guilty of COUNT 2, there is no need to continue to the Jury Interrogatory for COUNT 2 for the defendant.

### Jury Interrogatories for COUNT 2 for CURTIS NEVILLE

If you found that **CURTIS NEVILLE was guilty** of COUNT 2, please indicate whether the jury unanimously finds beyond a reasonable doubt the quantity of HEROIN that was as a result of his own direct conduct and/or the reasonably foreseeable conduct of his co-conspirators in furtherance of the conspiracy (**choose only the highest amount unanimously found**):

    ✓ 1 kilogram or more of heroin;

    _____ 100 or more grams of heroin;

    _____ Less than 100 grams of heroin; or

_____No heroin.

If you found that **CURTIS NEVILLE was guilty** of COUNT 2, please indicate whether the jury unanimously finds beyond a reasonable doubt the quantity of COCAINE BASE that was as a result of his own direct conduct and/or the reasonably foreseeable conduct of his co-conspirators in furtherance of the conspiracy (**choose only the highest amount unanimously found**):

____✓____280 grams or more of cocaine base;

_____28 or more grams of cocaine base;

_____Less than 28 grams of cocaine base; or

_____No cocaine base.

## COUNT THREE
### Conspiracy to Use and Carry and to Possess Firearms

As to the charges set forth in COUNT 3 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

____✓____ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT TWENTY-NINE
### Murder in aid of Racketeering – Littlejohn Haynes

As to the charges set forth in COUNT 29 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

____✓____ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT THIRTY
### Causing Death Through the Use of a Firearm – Littlejohn Haynes

As to the charges set forth in COUNT 30 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

✓\_\_\_\_\_ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT THIRTY-THREE
### Assault with a Dangerous Weapon in Aid of Racketeering – Albert Hardy

As to the charges set forth in COUNT 33 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

✓\_\_\_\_\_ Guilty, beyond a reasonable doubt, or

_____ Not Guilty.

## COUNT THIRTY-FOUR
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Albert Hardy

As to the charges set forth in COUNT 34 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

✓\_\_\_\_\_ Guilty, beyond a reasonable doubt, or

___ Not Guilty.

## COUNT THIRTY-FIVE
### Assault with a Dangerous Weapon in Aid of Racketeering – Kelvin Baham

As to the charges set forth in COUNT 35 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

__✓__ Guilty, beyond a reasonable doubt, or

___ Not Guilty.

## COUNT THIRTY-SIX
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Kelvin Baham

As to the charges set forth in COUNT 36 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

__✓__ Guilty, beyond a reasonable doubt, or

___ Not Guilty.

## COUNT THIRTY-SEVEN
### Assault with a Dangerous Weapon in Aid of Racketeering – Carrie Henry

As to the charges set forth in COUNT 37 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

__✓__ Guilty, beyond a reasonable doubt, or

___ Not Guilty.

### COUNT THIRTY-EIGHT
### Use and Carrying of a Firearm During and in Relation to a Crime of Violence and a Drug Trafficking Crime – Carrie Henry

As to the charges set forth in COUNT 38 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

    __✓__ Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

### COUNT FORTY-THREE
### Possession with the Intent to Distribute Heroin

As to the charges set forth in COUNT 43 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

    __✓__ Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

### COUNT FORTY-FOUR
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime

As to the charges set forth in COUNT 44 of the Indictment in this matter, we the Jury unanimously find the defendant, **CURTIS NEVILLE** is:

    __✓__ Guilty, beyond a reasonable doubt, or

    _____ Not Guilty.

2/21/17
DATE